UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Brittany N. Clark, et al.,

    *Plaintiffs*,

v.

Cherryhill Management, Inc., et al.,

    *Defendants*.

Case No. 3:17-cv-074
Judge Thomas M. Rose

---

**ENTRY AND ORDER DENYING MOTION TO DISMISS AS FRIVOLOUS, ECF 6, AND AWARDING ATTORNEY FEES.**

---

On December 20, 2017, the Court denied Defendants' Motion to Dismiss Case as Frivolous and Award Attorneys' Fees, ECF 11, and simultaneously granted Plaintiffs' request in it's response for attorney fees.

On December 26, 2017, Plaintiff filed their Itemized Statement of Costs. (ECF 12). It is unopposed. Plaintiffs' Itemized Statement of Costs states 13.2 hours at $250 an hour for a total of $3,300.00. The itemized costs are approved and Plaintiffs are awarded those costs to be assessed against Defendants.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, January 25, 2018.

          s/Thomas M. Rose

          THOMAS M. ROSE
          UNITED STATES DISTRICT JUDGE